FILED: MAY 16, 2008
08CV2876 NF
JUDGE ANDERSEN
MAGISTRATE JUDGE SCHENKIER

3007042-MJM/CMK

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
**THOMAS LAYBURN and CINDY LAYBURN**
              vs.

**HYD MEC GROUP LIMITED**

Case Number:

Presiding Magistrate Judge

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**HYD MECH GROUP LIMITED sued herein as HYD MEC GROUP LIMITED**

| | |
|---|---|
| NAME (Type or Print) **CAMILLE M. KNIGHT** | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) **s/Camille M. Knight** | |
| FIRM **SMITHAMUNDSEN LLC** | |
| STREET ADDRESS **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) **6276278** | TELEPHONE NUMBER **(312) 894-3200** |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐                    APPOINTED COUNSEL ☐ | |