

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
**CLERK**                                                                                   312-435-5698

May 19, 2008

Susan Elizabeth Loggans
Susan E. Loggans & Associates, P.C.
33 North LaSalle Street
Suite 1910
Chicago, IL 60602-3416

RE:    Layburn et al v. HYD-MEC Group Limited
       08 C 2876   -   Judge   Wayne R. Andersen

Dear Counselor:

The records of this office indicate that on May 16, 2008 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as **08 L 3888.** The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is enclosed.

Sincerely yours,

Michael W. Dobbins, Clerk


By:  s/ Haydee Pawlowski
     Deputy Clerk