ARDC No.  6276278                                          3007042-MJM/CMK

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

THOMAS LAYBURN and
CINDY LAYBURN,

      Plaintiffs,

vs.                                                      No. 08 CV 2876

HYD MEC GROUP LIMITED,

      Defendant.

## MEMORANDUM IN SUPPORT OF DEFENDANT
## HYD-MECH GROUP LIMITED'S NOTICE OF REMOVAL

NOW COMES Defendant, HYD-MECH GROUP LIMITED (improperly sued herein as "HYD MEC GROUP LIMITED"), by its attorneys, SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, moves this Court to remove this action to the United States District Court for the Northern District of Illinois, Eastern Division, and in support thereof, states as follows:

## I.    STATEMENT OF FACTS

1.      On April 9, 2008, Plaintiffs filed a personal injury law suit in the Circuit Court of Cook County, Law Division, in which it was alleged that Plaintiff Thomas Layburn was injured while operating a saw manufactured by Defendant Hyd-Mech Group Limited.[1]  Defendant Hyd-

---

[1] *Complaint at Law,* attached hereto and incorporated herein as Exhibit A.

Mech Group Limited was served with a copy of the complaint on April 21, 2008.[2]  Defendant

Hyd-Mech Group Limited filed its appearance in state court on May 15, 2008.[3]

As required by 28 U.S.C. § 1446(d), Defendant has promptly served upon Plaintiff's

counsel and has filed with the Circuit Court of Cook County a true and correct copy of the

Notice of Removal filed in this matter, as well as this Memorandum of Law in Support thereof.

## II.    REMOVAL IS PROPER

### A. Diversity Jurisdiction Exists

The existence of diversity jurisdiction is determined at the time a case begins.[4]  An

individual is a citizen of the state in which he is domiciled, i.e., physically present and intending

to remain in the state indefinitely.[5]  Objective manifestations of an individual's intent to remain

in a state indefinitely include evidence regarding where the individual is employed; where he is

registered to vote; where he pays taxes; the location of his bank accounts, real property and

personal property; and whether the individual belongs to any clubs or organizations.[6]  A

corporation's citizenship status is determined by its country, state of incorporation, and/or

principal place of business.[7]

---

[2] *Evidence of Process dated April 21, 2008,* attached hereto and incorporated herein as Exhibit B.
[3] *Appearance,* attached hereto and incorporated herein as Exhibit C.
[4] *Denlinger v. Brennan,* 87 F.3d 214, 216 (7th Cir. 1996).
[5] *Dausch v. Rykse,* 9 F.3d 1244, 1245 (7th Cir. 1993); *Perry v. Pogemiller,* 16 F.3d 138, 140 (7th Cir. 1993).
[6] *O'Neal v. Atwal,* 425 F. Supp.2d 944 (W.D. Wis. 2006).
[7] See, e.g., *Jerguson v. Blue Dot Inv.,* 659 F.2d 31, 35 (5th Cir. 1981); *Simon Holdings P.L.C. Group of Cos. U.K. v. Klenz,* 878 F. Supp. 210, 211-13 (M.D. Fla. 1995); *Harper-Wyman Co. v. In-Bond Contract Manuf., Inc.,* 1994 U.S. Dist. LEXIS 518 (N.D. Ill. 1994).

### 1. *Plaintiffs' Citizenship and Domicile is in Illinois*

Plaintiffs Thomas and Cindy Layburn are citizens of the State of Illinois. Thomas Layburn's home address is in Oak Lawn, Illinois.[8] At the time of his alleged injury, Mr. Layburn was employed by Crucible Service Centers in Romeoville, Will County, Illinois.[9] All of Thomas Layburn's medical treatment to date that is related to his alleged injuries appears to have taken place in Illinois.[10] The fact that Mr. Layburn received mail in Illinois, worked in Illinois on the date of the alleged incident, and has filed suit in Illinois indicates that he is indeed domiciled in Illinois. Plaintiff Cindy Layburn alleges that she has and will continue to suffer loss of consortium of her husband, Thomas Layburn, indicating that Plaintiff Cindy Layburn lives with Thomas Layburn, and is therefore domiciled in the State of Illinois as well.[11]

### 2. *Defendant's Citizenship and Domicile is in Canada*

Defendant Hyd-Mech Group Limited is a Canadian company, founded, organized and doing business in Woodstock, Ontario, Canada.[12] While Hyd-Mech has a production facility in Arkansas (not in Illinois), Hyd-Mech's prinicipal place of business is in Woodstock, Ontario, Canada. Hyd-Mech is thus an alien corporation, domiciled in Canada. And even if the Court were to find that Hyd-Mech is also domiciled in Arkansas, complete diversity would exist between the parties.

---

[8] *See Letter from Plaintiff's Attorney and attachments dated February 4, 2008,* attached hereto as Exhibit D *(portions redacted to protect Plaintiffs' privacy).*
[9] Exh. A, Complaint, at ¶4.
[10] Exh. D, Medical Bills (portions redacted for Plaintiffs' privacy). These medical bills are all addressed to Plaintiff Thomas Layburn at his Oak Lawn, Illinois address.
[11] Exh. A, Complaint, at Count III.
[12] *See Hyd-Mech Group Limited  Company Information pages;* http://www.hydmech.com/index (last visited May 15, 2008), copies of which are attached hereto as Exhibit E.

### 3. *Alienage Jurisdiction is Proper Under 28 U.S.C. § 1332(a)(2)*

Because the parties consist of individual plaintiffs who are citizens of Illinois and an alien corporation, this Court has alienage jurisdiction over the suit pursuant to 28 U.S.C. § 1332(a)(2), which provides for jurisdiction between citizens of a state and aliens. If, however, the Court finds that the information set forth above is not enough to support findings on the parties' citizenship, Defendant Hyd-Mech Group Limited maintains that the suit is not yet removable and therefore, pursuant to 28 U.S.C. §1446(b), may become removable within thirty (30) days after the service of paper that indicates that the case has become removable.[13] To that end, Defendant has served a Request to Admit Facts upon Plaintiffs requesting admissions regarding Plaintiffs' citizenship and amount of damages claimed.

### B. *The Amount in Controversy Exceeds $75,000.00*

Plaintiffs' Complaint alleges that they seek damages that "will exceed the amount of $50,000."[14] Information contained in correspondence from Plaintiffs' counsel indicates that Thomas Layburn's alleged injuries include the loss of portions of three fingers on his left hand, and that medical bills incurred in one day (on the date of the alleged incident) total over $20,000.[15]

Given the nature of the allegations, Defendant believes in good faith that the amount in controversy exceeds the jurisdictional limit of $75,000.00, exclusive of interest and costs.[16]

---

[13] *See, e.g., Caterpillar Inc. v. Lewis*, 519 U.S. 61, 68-69 (1996).
[14] Exhibit A, Complaint, Rule 222 Affidavit.
[15] Exhibit D, "Factual Report/Damages Statement," and photos.
[16] Additionally, 28 U.S.C. § 1367 provides supplemental jurisdiction over Cindy Layburn's claims if the Court finds that the claims of at least one plaintiff (in this case, Thomas Layburn) satisfy the amount-in-controversy requirement. *Exxon Mobil Corp. v. Allapattaph Servs., Inc.*, 545 U.S. 546, 125 S. Ct. 2611, 2615 (2005).

## III.   CONCLUSION

This matter is properly removable pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  There is complete diversity among the parties, and the amount in controversy requirement will be met in this case.

WHEREFORE, Defendant HYD-MECH GROUP LIMITED, prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441 and 1446.  If, however, any question arises as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present written briefs and oral argument in support of its arguments set forth herein.

Respectfully submitted,

SMITHAMUNDSEN LLC

By:   /s/ Camille M. Knight
Attorneys for Defendant
HYD-MECH GROUP LIMITED

Michael J. McGowan
Camille M. Knight
SmithAmundsen LLC
150 N. Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3200

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, I filed the foregoing Memorandum in Support of Defendant Hyd-Mech Group Limited's Notice of Removal, along with exhibits referenced herein, with the Clerk of the Court via the CM/ECF system. A true and correct copy of the foregoing has also been sent via first class mail to:

Devin C. McNulty
Susan E. Loggans & Associates, P.C.
33 N. LaSalle Street, Suite 1710
Chicago, IL 60602


/s/ Camille M. Knight
Camille M. Knight

SEL/DCM/kkm          07-201  ·  04/09/08     #21683

STATE OF ILLINOIS       )
                        ) SS.
COUNTY OF COOK          )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

THOMAS LAYBURN and          )
CINDY LAYBURN,              )
                Plaintiffs,  )
                            )     Case No.     2008L003888
        v.                  )                  CALENDAR/ROOM B
                            )                  TIME 00:00
HYD-MEC GROUP LIMITED,      )                  Product Liability
                            )
                Defendant.   )

## COMPLAINT AT LAW

### COUNT I – STRICT LIABILITY IN TORT – HYD-MEC GROUP LIMITED

NOW COMES the plaintiff hereto, THOMAS LAYBURN, by and through his

attorneys SUSAN E. LOGGANS & ASSOCIATES, P.C., complaining of the defendant

HYD-MEC GROUP LIMITED, a Canadian corporation, upon information and belief

states as follows:

    1.    On and prior to November 21, 2007, defendant HYD-MEC GROUP

LIMITED was a corporation authorized to transact business in the State of Illinois and

specializes in manufacturing and servicing large sawing machines.

    2.    On and prior to November 21, 2007, defendant HYD-MEC GROUP

LIMITED did design, manufacture, sell, distribute and maintain specialty steel cutters.

    3.    On November 21, 2007, one of the steel cutting machines designed,

manufactured, distributed, maintained and/or sold by the defendant HYD-MEC



EXHIBIT
A

GROUP LIMITED, model HYD-MEC H-22A, was in possession of Crucible Service

Centers (CSC), in the City of Romeoville, County of Will, State of Illinois.

4.    On and prior to November 21, 2007, the plaintiff, THOMAS

LAYBURN, was an employee of CSC, and was required to cut large and small

diameters into steel plates using the HYD-MEC H-22A.  CSC bought the HYD-MEC

H-22A steel cutter used by the plaintiff directly from HYD-MEC Group Limited.

5.    On November 21, 2007, while the plaintiff THOMAS LAYBURN was

in the normal course of his duties and was utilizing the aforesaid HYD-MEC H-22A, he

was injured.

6.    Prior to November 21, 2007, at the time the HYD-MEC H-22A left the

control of defendant HYD-MEC GROUP LIMITED, it was in a condition that was

unreasonably dangerous in one or more of the following ways:

(a)    Had insufficient safeguards to prevent users of the HYD-MEC H-
22A from turning the switch to the "Close" position for the vise.

(b)    Did not contain appropriate mechanisms to prevent the switch
from automatically shutting when the switch is turned to the
"Close" position, causing the vise to instantly shut, when
feasible, alternative designs were available.

(c)    Did not contain appropriate warning signs and instructions for the
safe operation and use of the HYD-MEC H-22A; and

(d)    Did not contain appropriate mechanisms for stopping the vice
when the switch was in the "Close" position as it did for when
the switch is in the "Open" position.

7.     As a proximate result of one or more of the aforesaid unreasonably dangerous conditions of the aforesaid HYD-MEC H-22A, the plaintiff, THOMAS LAYBURN, suffered severe and permanent injury of a personal and pecuniary nature.

WHEREFORE the plaintiff, THOMAS LAYBURN, prays that judgment be entered in his favor and against the defendant HYD-MEC GROUP LIMITED, a corporation, in an amount in excess of $50,000.00, plus costs incurred in the prosecution of this action.

COUNT II – NEGLIGENCE – HYD-MEC GROUP LIMITED

NOW COMES the plaintiff hereto THOMAS LAYBURN, by and through his attorneys, SUSAN E. LOGGANS & ASSOCIATES, P.C., and complaining of the defendant HYD-MEC GROUP LIMITED, a Canadian corporation, upon information and belief, states as follows:

1.     On and prior to November 21, 2007, defendant HYD-MEC GROUP LIMITED was a corporation authorized to transact business in the State of Illinois and was in the business of designing, manufacturing, distributing, selling and maintaining HYD-MEC H-22A steel cutters.

2.     On and prior to November 21, 2007, defendant, HYD-MEC GROUP LIMITED, did design, manufacture, distribute, sell and maintain said HYD-MEC H-22A's.

3.     On November 21, 2007, one of the HYD-MEC H-22A's designed, manufactured, distributed, sold and maintained by defendant HYD-MEC GROUP LIMITED, Model HYD-MEC H-22A was in the possession of CSC and defendant

HYD-MEC GROUP LIMITED transported and placed said HYD-MEC H-22A to CSC, located in Romeoville, Illinois.

4. On and prior to November 21, 2007, the plaintiff THOMAS LAYBURN, was an employee of CSC, and worked on a two year-old HYD-MEC H-22A steel cutting machine.

5. On November 21, 2007, while the plaintiff THOMAS LAYBURN was in the normal course of his duties and using the aforesaid HYD-MEC H-22A, he was injured.

6. At all times relevant hereto, it was the duty of the defendant HYD-MEC GROUP LIMITED to manufacture, design, sell, distribute and maintain said HYD-MEC H-22A in a safe and reasonable manner so as not to cause injury to those utilizing the HYD-MEC H-22A including the plaintiff THOMAS LAYBURN.

7. Notwithstanding the aforesaid duty, on and prior to November 21, 2007, the defendant HYD-MEC GROUP LIMITED by and through its duly authorized agents, employees and servants committed one or more of the following negligent acts or omissions:

> (a) Had insufficient safeguards to prevent users of the HYD-MEC H-22A from turning the switch to the "Close" position for the vise.
>
> (b) Did not contain appropriate mechanisms to prevent the switch from automatically shutting when the switch is turned to the "Close" position, causing the vise to instantly shut, when feasible, alternative designs were available.
>
> (c) Did not contain appropriate warning signs and instructions for the safe operation and use of the HYD-MEC H-22A; and

(d) Did not contain appropriate mechanisms for stopping the vice when the switch was in the "Close" position as it did for when the switch is in the "Open" position.

(e) Failed to ensure that the HYD-MEC H-22A was safe for those utilizing it.

(f) Failed to properly maintain and repair the HYD-MEC H-22A in a safe and reasonable manner, so that users of the HYD-MEC H-22A, including the plaintiff, THOMAS LAYBURN, would not become injured.

8.    As a proximate result of one or more of the aforesaid negligent acts and/or omissions committed by the defendant HYD-MEC GROUP LIMITED, the plaintiff THOMAS LAYBURN suffered severe and permanent injury of a personal and pecuniary nature.

WHEREFORE the plaintiff THOMAS LAYBURN prays that judgment be entered in his favor and against the defendant HYD-MEC GROUP LIMITED, a corporation, in an amount in excess of $50,000.00, plus costs incurred in the prosecution of this action.

COUNT III – LOSS OF CONSORTIUM – HYD-MEC GROUP LIMITED

NOW COMES the plaintiff hereto, CINDY LAYBURN, by and through her attorneys SUSAN E. LOGGANS & ASSOCIATES, P.C., and complaining of the defendant HYD-MEC GROUP LIMITED, a corporation, upon information and belief states as follows:

1.    The plaintiff, CINDY LAYBURN, repleads, restates and reallges Paragraphs one (1) through seven (7), inclusive of

. Count II as and for Paragraphs one (1) through seven (7) of this Count III as though fully stated herein.

8.    Before, on and after November 21, 2007, CINDY LAYBURN was married to THOMAS LAYBURN.

9.    As a proximate result of one or more of the foregoing negligent acts or omissions committed by the defendant HYD-MEC GROUP LIMITED, the plaintiff CINDY LAYBURN suffered and will in the future continue to suffer loss of consortium and has been denied the comfort, counsel and society of THOMAS LAYBURN.

WHEREFORE the plaintiff hereto CINDY LAYBURN prays that judgment be entered in her favor and against the defendant, HYD-MEC GROUP LIMITED, a corporation in an amount in excess of $50,000.00, plus costs incurred in the prosecution of this action.

SUSAN E. LOGGANS & ASSOCIATES, P.C.
Attorneys for Plaintiffs

BY: _____
DEVIN C. MCNULTY

SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 N. LaSalle Street, Suite 1710
Chicago, IL 60602
(312) 201-8600

STATE OF ILLINOIS )
) SS.
COUNTY OF   COOK )

IN THE CIRCUIT COURT OF ___COOK___ COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

THOMAS LAYBURN and
CINDY LAYBURN )
)
Plaintiff(s), )
)
vs. )   NO.
HYD-MEC GROUP LIMITED )
)
)
Defendant(s) )

RULE 222 AFFIDAVIT

I/We, _Thomas Layburn_ _Cindy Layburn_, being first duly sworn on oath
depose and state as follows:

1. I/We am/are the plaintiff(s) in the above entitled cause of action.
2. The total money damages sought in the above cause of action will
exceed the amount of $50,000.

_[signature]_
_[signature]_

SUBSCRIBED AND SWORN to before me
This _9_ day of _April_, 2008

_[signature]_
NOTARY PUBLIC

Official Seal
Jamie Borowski
Notary Public State of Illinois
My Commission Expires 02/27/2012

SUSAN E. LOGGANS & ASSOCIATES, P.C.
33 North LaSalle Street, Suite 1710
Chicago, IL 60602
312-201-8600
#21683

r 21 08 03:31p    Kevin Winter                                    1-815-422-0162            p.1

| 2120 - Served | 2121 - Served | |
|---|---|---|
| 2220 - Not Served | 2221 - Not Served | |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |
| SUMMONS | ALIAS - SUMMONS | (Rev.12/3/01) CCG 000: |

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT,_____LAW_____DIVISION

THOMAS LAYBURN and
CINDY LAYBURN

    Plaintiff's

    v.

HYD-MEC GROUP LIMITED

    Defendant.

2008L003888
CALENDAR/ROOM B
TIME 00:00
Product Liability

PLEASE SERVE:

Kevin Winter
291 West Grant Street
St. Anne, IL 60964

### SUMMONS

To each defendant:

    YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which i hereto attached, or otherwise file your appearance, and pay the required fee, in the office of the Clerk of this Court i the following location:

    ☑ Richard J. Daley Center, 50 W. Washington, Room ____801____, Chicago, Illinois 60602

| ☐ District 2 - Skokie | ☐ District 3 - Rolling Meadows | ☐ District 4 - Maywood |
|---|---|---|
| 5600 Old Orchard Rd. | 2121 Euclid | 1500 Maybrook Ave. |
| Skokie, IL 60077 | Rolling Meadows, IL 60008 | Maywood, IL 60153 |

| ☐ District 5 - Bridgeview | ☐ District 6 - Markham |
|---|---|
| 10220 S. 76th Ave. | 16501 S. Kedzie Pkwy. |
| Bridgeview, IL 60455 | Markham, IL 60426 |

You must file within 30 days after service of this summons, not counting the day of service.
IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIE! REQUESTED IN THE COMPLAINT.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, wit endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons sha be returned so endorsed. This summons may not be served later than 30 days after its date.

Atty. No.:_____21683_____

Name:_____SUSAN E. LOGGANS & ASSOCIATES

Atty. for:_____PLAINTIFF

Address:_____33 N. LASALLE, SUITE 1710

City/State/Zip:_____CHICAGO, IL 60602

Telephone:_____312-201-8600

WITNESS,_____,____

*Dorothy Brown*

Clerk of Court
Date of service:____4-21-08____,
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at:_____
                          (Area Code)  (Facsimile Telephone

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUN

EXHIBIT
B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

THOMAS LAYBURN and CINDY LAYBURN,        )
                                          )
                Plaintiffs,               )
                                          )
        vs.                               )        No.:   08 L 3888
                                          )
HYD MEC GROUP LIMITED,                    )
                                          )
                Defendant.                )

## APPEARANCE AND JURY DEMAND

The undersigned, as attorney, enters the appearance and jury demand of HYD
MECH GROUP LIMITED.

   **\*Defendants demand trial by jury.**

_____
Michael J. McGowan,
Attorney   for   Defendant,   Hyd-Mech
Group Limited

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
Firm No. 42907

        I certify that a copy of the within instrument was served on all parties who
have appeared and have not heretofore been found by the Court to be in default for
failure to plead.

_____
Attorney for Defendant

**EXHIBIT**

**C**

# SUSAN E. LOGGANS & ASSOCIATES, P.C.

ATTORNEYS AT LAW
SUITE 1710
33 NORTH LA SALLE STREET
CHICAGO, ILLINOIS 60602-2634
E-MAIL: loggans@logganslaw.com
WEBSITE: www.logganslaw.com

TELEPHONE
(312) 201-8600

FACSIMILE
(312) 201-1180

07-201/SETL

February 4, 2008

Nancy Baresich
SCM Adjusters Canada, LTD.
746 Baseline Rd., E., Ste. 210
London Ontario, N6C 2R5

RE:    Thomas Layburn v. Hyd-Mech Group Limited
       Our File No.  07-201
       Your File No.: 36010-018404 NAB
       Date of Accident:  11/21/07

Dear Ms. Baresich:

Enclosed please find the following:

➤  Medical records from DuPage Medical Group;
➤  Medical records from Edwards Hospital;
➤  Copies of medical bills with a Damages Statement; and
➤  Copies of Mr. Layburn's hand and fingers.

Upon receipt of this correspondence, please call and provide me with your insured's policy limits.

Sincerely,

DEVIN C. MCNULTY

SEL/DCM/sas

Certified Mail No. 7006 2760 0005 6468 3277

Return Receipt Requested

POLIM



**Factual Report / Damages Statement**
**LAYBURN, THOMAS V HYD-MECH GROUP LIMITED**

| Date | Provider | | Amount |
|------|----------|---|--------|
| 11/21/2007 | Ambulance Billing | 11/21/07 (Village of Romeo) = $665.00 | 665.00 |
| 11/21/2007 | DuPage Medical Clinic | 11/21/07 (Emergency Care with Dr. Walsh) = $8,200.00 | 8,200.00 |
| 11/21/2007 | Edward Hospital | 11/21/07 (ER Care & Overnight Stay) = $11,908.00 | 11,908.00 |
| | | Subtotal | 20,773.00 |
| | | Grand Total | 20,773.00 |

ROMEOVILLE, VILLAGE OF

18 MONTROSE DRIVE
ROMEOVILLE, IL 60446

**BILLING QUESTIONS**
800-244-2345

| PATIENT NAME: | THOMAS LAYBURN | | PATIENT NUMBER: | 396642 |
|---|---|---|---|---|
| INSURANCE: | PRIVATE PORTION | | CALL NUMBER: | D072695 |
| | | | DATE OF CALL: | 11/21/07 |
| | | | TIME OF CALL: | 13:17 |
| | | | CALLER: | |
| THOMAS LAYBURN | | | FROM: | 1351 ENTERPRISE DR |
| | | | TO: | EDWARD HOSPITAL |
| OAKLAWN IL 60453 | | | | |
| | | | REASON(S) FOR TRANSPORT | |

| DESCRIPTION OF CHARGE | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| ALS BASE EMERGENCY NON RES | 1 | 575.00 | 575.00 |
| MILEAGE | 10 | 9.00 | 90.00 |

| DESCRIPTION OF PAYMENT | RECEIPT | PAYMENT DATE | AMOUNT |
|---|---|---|---|
| | | | |

**PLEASE PAY THIS AMOUNT** ▶ 665.00

DETACH ALONG PERFORATION ABOVE AND RETURN THIS STUB WITH YOUR PAYMENT

| | | | | 665.00 |
|---|---|---|---|---|
| PATIENT NAME: | THOMAS LAYBURN | CALL NUMBER: | D 07269501 | AMOUNT DUE $ _____ |
| PATIENT NUMBER: | 396642 | BILLING DATE: | 12/11/07 | AMOUNT $ _____ |
| | | | | ENCLOSED _____ |

PLEASE COMPLETE THE ENCLOSED FORM IF YOU HAVE
MEDICARE, PUBLIC AID, OR INSURANCE!!!!!!!

THOMAS LAYBURN

744171

**DuPage Medical Group**
Patient Accounts
1 00 W. 31st Street
Suite 400
Downers Grove, IL 60515

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Patient | LAYBURN, THOMAS | | | | | |
| | Physician | WALSH, KEVIN F | | | | | |
| 11/21/07 | 99222 | INITIAL HOSPITAL CARE | N/A | 256.00 | | | |
| 12/21/07 | | INSURANCE PAYMENT | | | 130.50 | | |
| 12/21/07 | | CONTRACTUAL ADJUSTMENT-INS | | | 111.00 | 0.00 | 14.50 |
| | Patient | LAYBURN, THOMAS | | | | | |
| | Physician | WALSH, KEVIN F | | | | | |
| 11/21/07 | 26961 | AMPUTATION OF FINGER/THU* | N/A | 2,298.00 | | | |
| 12/21/07 | | INSURANCE PAYMENT | | | 880.20 | | |
| 12/21/07 | | CONTRACTUAL ADJUSTMENT-INS | | | 1,320.00 | 0.00 | 97.80 |
| | Patient | LAYBURN, THOMAS | | | | | |
| | Physician | WALSH, KEVIN F | | | | | |
| 11/21/07 | 26951 | AMPUTATION OF FINGER/THU* | N/A | 2,298.00 | | | |
| 12/21/07 | | INSURANCE PAYMENT | | | 440.10 | | |
| 12/21/07 | | CONTRACTUAL ADJUSTMENT-INS | | | 1,809.00 | 0.00 | 48.90 |
| | Patient | LAYBURN, THOMAS | | | | | |
| | Physician | WALSH, KEVIN F | | | | | |
| 11/21/07 | 26750 | TREAT FINGER FRACTURE, E* | N/A | 720.00 | | | |
| 12/21/07 | | INSURANCE PAYMENT | | | 216.90 | | |
| 12/21/07 | | CONTRACTUAL ADJUSTMENT-INS | | | 479.00 | 0.00 | 24.10 |
| | Patient | LAYBURN, THOMAS | | | | | |
| | Physician | WALSH, KEVIN F | | | | | |

THOMAS LAYBURN

OAK LAWN, IL 60453

THOMAS LAYBURN

744171

**DuPage Medical Group**
**Patient Accounts**
1100 W. 31st Street
Suite 400
Downers Grove, IL 60515

| 11/21/07 | 11011 | DEBRIDEMENT ASSOCIATED W* | N/A | 1,215.00 | | | |
| 12/21/07 | | INSURANCE PAYMENT | | | 395.10 | | |
| 12/21/07 | | CONTRACTUAL ADJUSTMENT-INS | | | 776.00 | 0.00 | 43.90 |
| | Patient | LAYBURN,THOMAS | | | | | |
| | Physician | WALSH, KEVIN F | | | | | |
| 11/21/07 | 11011 | DEBRIDEMENT ASSOCIATED W* | N/A | 1,215.00 | | | |
| 12/21/07 | | INSURANCE PAYMENT | | | 395.10 | | |
| 12/21/07 | | CONTRACTUAL ADJUSTMENT-INS | | | 776.00 | 0.00 | 43.90 |
| | Patient | LAYBURN,THOMAS | | | | | |
| | Physician | WALSH, KEVIN F | | | | | |
| 11/21/07 | 11730 | REMOVAL OF NAIL PLATE | N/A | 199.00 | | | |
| 12/21/07 | | INSURANCE PAYMENT | | | 80.10 | | |
| 12/21/07 | | CONTRACTUAL ADJUSTMENT-INS | | | 110.00 | 0.00 | 8.90 |

0.00  282.00
282.00

$282.00    $0.00    $0.00    $0.00    $0.00    $0.00    $282.00

12/28/07

$282.00

THOMAS LAYBURN

OAK LAWN, IL 60453



# EDWARD
## HOSPITAL & HEALTH SERVICES

801 SOUTH WASHINGTON STREET
NAPERVILLE, ILLINOIS 60540-7060

TELEPHONE: 630/527-3000

HOSPITAL FEDERAL IDENTIFICATION NO. 36.3297173   1

FOR QUESTIONS ON THIS ACCOUNT, PLEASE CALL PATIENT ACCOUNTS
AT (630) 527-3100 BETWEEN THE HOURS OF 9:00 AM AND 4:00 PM MON. - FRI.

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PLEASE DETACH AT DASH LINES AND RETURN WITH YOUR REMITTANCE

PLEASE NOTE: PAYMENTS SHOULD BE SENT TO: EDWARD HOSPITAL P.O. BOX 4207, CAROL STREAM, IL 60197-4207

PATIENT NAME   LAYBURN, THOMAS

| PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|
| E043049766 | 11/21/07 | 11/22/07 | 12/01/07 |

GUARANTOR   LAYBURN, THOMAS

OAK LAWN   IL   60453-1651

| INSURANCE COVERAGE | POLICY NUMBER |
|---|---|
| | |

| SERVICE DATE | | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|---|
| | | *** | DRUGS/GENERIC *** | | |
| 11/21/07 | BAC50 | | BACITRACIN 50,000 UTS INJ; BACITRACIN 50,000 UNITS VL | -1 | -70.50 |
| 11/21/07 | BAC50 | | BACITRACIN 50,000 UTS INJ; BACITRACIN 50,000 UNITS VL | 1 | 70.50 |
| 11/21/07 | MOR04 | | MORPHINE 4 MG INJ; morphINE SULFATE 4 MG/ML SYG | 2 | 71.00 |
| 11/21/07 | POL50 | | POLYMYXIN B 500,000 UNITS; POLYMYXIN B SULFATE 500,000 UNIT VL | -1 | -46.50 |
| 11/21/07 | POL50 | | POLYMYXIN B 500,000 UNITS; POLYMYXIN B SULFATE 500,000 UNIT VL | 1 | 46.50 |
| 11/21/07 | SUB50 | | FENTANYL 5ML AMP; FENTANYL CITRATE 250 MCG/5 ML VL | 1 | 40.75 |
| 11/21/07 | ANE51 | | SUCCINYLCHOLINE 200MG INJ; OR SUCCINYLCHOLINE 200 MG/10 ML VL | 1 | 29.75 |
| 11/21/07 | DIP59 | | PROPOFOL 10MG/ML 20ML AMP; OR PROPOFOL (BRA) 200 MG/20 ML VL | 1 | 84.75 |
| | | | | | ---------- |
| | | | | | 226.25 |
| | | *** | IV SOLUTIONS *** | | |
| 11/21/07 | 08312 | | IV FLUID-ADDITIONAL | 1 | 46.50 |
| | | | | | ---------- |
| | | | | | 46.50 |
| | | *** | DRGS/OTHER *** | | |
| 11/21/07 | SEN51 | | BUPIVACAINE 0.5% MPF 30ML; BUPIVACAINE HCL 0.5% 30 ML VL MPF | 1 | 35.50 |
| | | | | | ---------- |
| | | | | | 35.50 |
| | | *** | IV THERAPY *** | | |
| 11/21/07 | 50104 | | IVINFUS THERAPEUTIC EA ADDL HR | 1 | 154.00 |
| | | | | | ---------- |
| | | | | | 154.00 |
| | | *** | MEDICAL/SURGICAL SUPPLIES *** | | |
| 11/21/07 | 72799 | | PACU IV SUPPLIES | 1 | 70.00 |
| 11/21/07 | 72798 | | PACU MEDICAL SUPPLIES | 1 | 23.75 |
| 11/21/07 | 72792 | | STEPDOWN/OBSERV PT MED SUPP | 1 | 190.75 |
| | | | | | ---------- |
| | | | | | 284.50 |
| | | *** | NON STERILE MED/SURG SUPPLY *** | | |

| ACCOUNT NUMBER | E043049766 | |
|---|---|---|
| | TOTAL | |
| | TOTAL CREDITS | |
| | TOTAL DUE | |
| | ESTIMATED INSURANCE COVERAGE | |
| | ESTIMATED PATIENT DUE | |

THE DATES FOR SERVICES INDICATED ABOVE REFLECT
THE DATES OF POSTING, NOT THE DATE OF SERVICE. IF
YOU HAVE RECEIVED HOSPITAL SERVICES FROM AN
ANESTHESIOLOGIST, A PATHOLOGIST OR A RADIOLOGIST,
YOU WILL RECEIVE A SEPARATE PHYSICIAN BILLING FOR
EACH OF THE SERVICES.

**PLEASE RETAIN. THIS IS THE ONLY COPY YOU WILL RECEIVE.**

# EDWARD
## HOSPITAL & HEALTH SERVICES

801 SOUTH WASHINGTON STREET
NAPERVILLE, ILLINOIS 60540-7060

TELEPHONE: 630/527-3000

HOSPITAL FEDERAL IDENTIFICATION NO. 36.3297173

FOR QUESTIONS ON THIS ACCOUNT, PLEASE CALL PATIENT ACCOUNTS
AT (630) 527-3100 BETWEEN THE HOURS OF 9:00 AM AND 4:00 PM MON. - FRI.

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PLEASE NOTE: PAYMENTS SHOULD BE SENT TO: Edward Hospital P.O. BOX 4207, CAROL STREAM, IL 60197-4207

PATIENT NAME   **LAYBURN, THOMAS**

PLEASE DETACH AT DASH LINES AND RETURN WITH YOUR REMITTANCE

GUARANTOR

**LAYBURN, THOMAS**

OAK LAWN  IL    60453-1651

| PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|
| E043049766 | 11/21/07 | 11/22/07 | 12/01/07 |
| INSURANCE COVERAGE | | POLICY NUMBER | |

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 11/21/07 | 72833 | IV PUMP-HORIZON | 1 | 104.25 |
| 11/21/07 | 102590 | OR EQ-CAUTERY ALL | 1 | 110.25 |
| 11/21/07 | 101079 | ELEVATOR ARM | 1 | 35.75 |
| 11/22/07 | 72833 | IV PUMP-HORIZON | 1 | 104.25 |
| | | | | ---------- |
| | | | | 354.50 |
| | *** | STERILE MED/SURGICAL SUPPLIES *** | | |
| 11/21/07 | 84091 | IV START SUPPLIES | 1 | 84.50 |
| 11/21/07 | 101613 | SUTURE F | 2 | 57.50 |
| | | | | ---------- |
| | | | | 142.00 |
| | *** | CHEMISTRY *** | | |
| 11/21/07 | 13724 | BASIC METABOLIC PANEL | 1 | 165.25 |
| | | | | ---------- |
| | | | | 165.25 |
| | *** | HEMATOLOGY *** | | |
| 11/21/07 | 14530 | CBC WITH DIFF | 1 | 87.75 |
| 11/21/07 | 14720 | PROTHROMBIN TIME (PT) | 1 | 64.00 |
| 11/21/07 | 14690 | PTT-PARTIAL THROMBOPLASTIN TIM | 1 | 98.00 |
| | | | | ---------- |
| | | | | 249.75 |
| | *** | DIAGNOSTIC RADIOLOGY *** | | |
| 11/21/07 | 11460 | HAND MIN 3 V | 1 | 241.25 |
| | | | | ---------- |
| | | | | 241.25 |
| | *** | OPERATING ROOM SERVICES *** | | |
| 11/21/07 | 46074 | KIMGUARD STERILIZATION | 1 | 39.50 |
| 11/21/07 | 46073 | ETO STERILIZATION | 1 | 99.50 |
| 11/21/07 | 46073 | ETO STERILIZATION | 1 | 99.50 |
| 11/21/07 | 46075 | PEEL PACKS STERILIZATION | 1 | 12.25 |
| 11/21/07 | 102500 | OR EQ-POWER AIR EQUIP (ALL) | 1 | 110.25 |
| 11/21/07 | 102578 | OR EQ-TOURNIQUET | 1 | 109.00 |
| 11/21/07 | 46071 | TRAY 2 STERILIZATION | 1 | 91.50 |
| 11/21/07 | 104990 | OR BASIC CHARGE-EMERGENCY | 1 | 1666.25 |
| 11/21/07 | 104992 | OR LEVEL 2 | 4 | 843.00 |
| 11/21/07 | 101118 | CAUTERY C-2 | 1 | 20.25 |
| 11/21/07 | 101939 | PACK M | 1 | 239.00 |
| 11/21/07 | 100939 | BANDAGE B | 1 | 23.25 |
| 11/21/07 | 101393 | DRESSING A-8 | 1 | 10.00 |

ACCOUNT NUMBER    E043049766

TOTAL
TOTAL CREDITS
TOTAL DUE
ESTIMATED INSURANCE COVERAGE

THE DATES FOR SERVICES INDICATED ABOVE REFLECT
THE DATES OF POSTING, NOT THE DATE OF SERVICE. IF
YOU HAVE RECEIVED HOSPITAL SERVICES FROM AN
ANESTHESIOLOGIST, A PATHOLOGIST OR A RADIOLOGIST,
YOU WILL RECEIVE A SEPARATE PHYSICIAN BILLING FOR
EACH OF THE SERVICES.

**PLEASE RETAIN. THIS IS THE ONLY COPY YOU WILL RECEIVE.**

ESTIMATED PATIENT DUE

# EDWARD
## HOSPITAL & HEALTH SERVICES

801 SOUTH WASHINGTON STREET
NAPERVILLE, ILLINOIS 60540-7060

TELEPHONE: 630/527-3000

HOSPITAL FEDERAL IDENTIFICATION NO. 36.3297173

FOR QUESTIONS ON THIS ACCOUNT, PLEASE CALL PATIENT ACCOUNTS
AT (630) 527-3100 BETWEEN THE HOURS OF 9:00 AM AND 4:00 PM MON. - FRI.

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PLEASE NOTE: PAYMENTS SHOULD BE SENT TO: Edward Hospital P.O. BOX 4207, CAROL STREAM, IL 60197-4207

PLEASE DETACH AT DASH LINES AND RETURN WITH YOUR REMITTANCE

PATIENT NAME   LAYBURN, THOMAS

GUARANTOR

LAYBURN, THOMAS

OAK LAWN   IL   60453-1651

| PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|
| E043049766 | 11/21/07 | 11/22/07 | 12/01/07 |
| INSURANCE COVERAGE | | POLICY NUMBER | |

| SERVICE DATE | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|
| 11/21/07 | 101386 | SPONGE A-2 | 2 | 15.00 |
| 11/21/07 | 100392 | DRAPE L-1 | 1 | 40.50 |
| 11/21/07 | 101795 | SOL K | 2 | 15.00 |
| 11/21/07 | 100946 | TOURNIQUET CUFF A | 1 | 137.75 |
| 11/21/07 | 101389 | BANDAGE A | 1 | 7.50 |
| 11/21/07 | 100049 | PREP GEL | 1 | 19.25 |
| | | | | ---------- |
| | | | | 3598.25 |
| 11/21/07 | 10460 | *** ANESTHESIA *** GENERAL ANESTH | 1 | 973.75 |
| | | | | ---------- |
| | | | | 973.75 |
| 11/21/07 | E30912 | *** EMERGENCY ROOM *** E-ER VISIT LEVEL 5 W/ PX | 1 | 1980.25 |
| | | | | ---------- |
| | | | | 1980.25 |
| 11/21/07 | ANC52 | *** DRUG REQUIRING DETAILED CODING *** CEFAZOLIN 1 GM INJ; CEFAZOLIN SODIUM 1 GM VL | 1 | 25.25 |
| 11/21/07 | ANC54 | CEFAZOLIN 1GM/D5W 50ML IVPB; CEFAZOLIN SODIUM 1 GM/50 ML FROZEN | 2 | 50.50 |
| 11/21/07 | DIP51 | DIPHTHERIA-TET TOX ADULT; TETANUS,DIPHTHER TOXOID ADULT 0.5 M | 1 | 46.50 |
| 11/21/07 | UNA56 | UNASYN 3 GM/NS 100ML IV MINIBG; AMPICILLIN/SULBACTAM 3 GM/NS 100 ML | 1 | 122.00 |
| 11/21/07 | DEC50 | DEXAMETHASONE 4 MG/ML INJ; OR DEXAMETHASONE SODIUM PHOSP 4 MG/ | 2 | 36.50 |
| 11/21/07 | MOR10 | MORPHINE 10 MG INJ; morphINE SULFATE 10 MG/ML SYG | 1 | 35.50 |
| 11/21/07 | REG51 | METOCLOPRAMIDE 10 MG INJ; OR METOCLORPRAMIDE HCL 10 MG/2 ML V | 1 | 22.50 |
| 11/21/07 | ZOF51 | ZOFRAN 2MG PER ML/2ML INJ; OR ONDANSETRON HCL 4 MG/2 ML VL | 1 | 138.75 |
| 11/22/07 | ANC54 | CEFAZOLIN 1GM/D5W 50ML IVPB; CEFAZOLIN SODIUM 1 GM/50 ML FROZEN | -1 | -25.25 |
| 11/22/07 | ANC54 | CEFAZOLIN 1GM/D5W 50ML IVPB; CEFAZOLIN SODIUM 1 GM/50 ML FROZEN | 1 | 25.25 |
| | | | | ---------- |
| | | | | 477.50 |

| ACCOUNT NUMBER | E043049766 | | |
|---|---|---|---|
| | | TOTAL | |
| | | TOTAL CREDITS | |
| | | TOTAL DUE | |
| | | ESTIMATED INSURANCE COVERAGE | |
| | | ESTIMATED PATIENT DUE | |

THE DATES FOR SERVICES INDICATED ABOVE REFLECT
THE DATES OF POSTING, NOT THE DATE OF SERVICE. IF
YOU HAVE RECEIVED HOSPITAL SERVICES FROM AN
ANESTHESIOLOGIST, A PATHOLOGIST OR A RADIOLOGIST,
YOU WILL RECEIVE A SEPARATE PHYSICIAN BILLING FOR
EACH OF THE SERVICES.

PLEASE RETAIN. THIS IS THE ONLY COPY YOU WILL RECEIVE.

# EDWARD
## HOSPITAL & HEALTH SERVICES

801 SOUTH WASHINGTON STREET
NAPERVILLE, ILLINOIS 60540-7060
TELEPHONE: 630/527-3000

HOSPITAL FEDERAL IDENTIFICATION NO. 36.3297173 **4**

FOR QUESTIONS ON THIS ACCOUNT, PLEASE CALL PATIENT ACCOUNTS
AT (630) 527-3100 BETWEEN THE HOURS OF 9:00 AM AND 4:00 PM MON. - FRI.

| AMOUNT ENCLOSED | TYPE |
|---|---|
| $ | FINAL |

PLEASE NOTE: PAYMENTS SHOULD BE SENT TO: EDWARD HOSPITAL P.O. BOX 4207, CAROL STREAM, IL 60197-4207

PATIENT NAME **LAYBURN, THOMAS**

PLEASE DETACH AT DASH LINES AND RETURN WITH YOUR REMITTANCE

GUARANTOR

**LAYBURN, THOMAS**

**OAK LAWN  IL  60453-1651**

| PATIENT ACCOUNT NUMBER | ADMISSION DATE | DISCHARGE DATE | BILLING DATE |
|---|---|---|---|
| E043049766 | 11/21/07 | 11/22/07 | 12/01/07 |
| INSURANCE COVERAGE | | POLICY NUMBER | |

| SERVICE DATE | | | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|---|---|
| | | *** | RECOVERY ROOM *** | | |
| 11/21/07 | 08206 | | DRESSING CHANGE | 1 | 70.25 |
| 11/21/07 | 08015 | | PACU 1-2 HOURS | 1 | 1428.75 |
| | | | | | ---------- |
| | | | | | 1499.00 |
| | | *** | OBSERVATION RM *** | | |
| 11/21/07 | 19253 | | OBSERVATION CHARGE INITIAL HR | 1 | 309.75 |
| 11/21/07 | 19254 | | OBSERVATION CHARGE ADD'L HR | 12 | 360.00 |
| | | | | | ---------- |
| | | | | | 669.75 |
| | | *** | VACCINE ADMINISTRATION *** | | |
| 11/21/07 | 50052 | | VACCINE ADMIN SINGLE | 1 | 76.25 |
| | | | | | ---------- |
| | | | | | 76.25 |
| | | *** | OTHER THERAPEUTIC SERVICES *** | | |
| 11/21/07 | 50005 | | THERAPEUTIC IV INJ (1ST) | 1 | 142.75 |
| | | | | | ---------- |
| | | | | | 142.75 |
| | | *** | PRO FEE/ER *** | | |
| 11/21/07 | 33870 | | LEVEL 5 TREATMENT BY MD | 1 | 591.00 |
| | | | | | ---------- |
| | | | | | 591.00 |

ACCOUNT NUMBER      E043049766

| | |
|---|---|
| TOTAL | 11908.00 |
| TOTAL CREDITS | |
| TOTAL DUE | 11908.00 |
| ESTIMATED INSURANCE COVERAGE | |
| ESTIMATED PATIENT DUE | |

THE DATES FOR SERVICES INDICATED ABOVE REFLECT
THE DATES OF POSTING, NOT THE DATE OF SERVICE. IF
YOU HAVE RECEIVED HOSPITAL SERVICES FROM AN
ANESTHESIOLOGIST, A PATHOLOGIST OR A RADIOLOGIST,
YOU WILL RECEIVE A SEPARATE PHYSICIAN BILLING FOR
EACH OF THE SERVICES.

**PLEASE RETAIN. THIS IS THE ONLY COPY YOU WILL RECEIVE.**

12/15/2007

12/15/2007



12/15/2007

12/15/2007

# Welcome to Hyd-Mech!

Internationally Recognized as a Global Leader in Metal Sawing Solutions



search...



**Main Menu**

- Home
- Company Info
- Products
- Quality Pledge
- Parts & Service
- Promotions
- What's New
- FAQ's
- Sales Information
- Contact Us

Home ▸ Company Info

# Company Info



Hyd-Mech Group Limited is a member of the MEP Group of Companies.

The MEP Group is a worldwide manufacturer and distributor of industrial band saws and cold saws. Headquartered in Italy, the Group has facilities in Italy, Canada, United States, and China.

Together, Hyd-Mech and MEP have the largest variety of metal cutting solutions and are known for being leaders in innovation and technology.

## About Hyd-Mech

Founded in Woodstock, Ontario, Canada in 1978, HYD-MECH has grown rapidly to become a world leader in metal cut-off bandsaw technology.

## Career Opportunities

HYD-MECH is an equal opportunity employer that welcomes applications from qualified candidates in a wide range of engineering, marketing, and sales support fields.

## Leasing

As part of our complete customer support package, HYD-MECH is pleased to offer the benefits of convenient, affordable machine financing.

## Tradeshow Info

From Canada to the United States, Mexico, the United Kingdom and Germany, and many other countries around the globe, HYD-MECH proudly displays its latest models and product features at an ever-increasing number of tradeshow events.

Last Updated ( Thursday, 06 March 2008 )



EXHIBIT
E

[ Back ]

© Copyright 2005-2007 Hyd-Mech Group Ltd. Site designed and maintained by AZ Group

# Welcome to Hyd-Mech!
**Internationally Recognized as a Global Leader in Metal Sawing Solutions**

SEAR

search...



**Main Menu**

Home

Company Info

Products

Quality Pledge

Parts & Service

Promotions

What's New

FAQ's

Sales Information

Contact Us

Home ▸ Company Info ▸ Company Info ▸ About Hyd-Mech

## About Hyd-Mech

**Founded in Woodstock, Ontario, Canada in 1978, HYD-MECH has grown rapidly world leader in metal cut-off bandsaw technology.**



Today, HYD-MECH's 150 engineering, sales, marketing, and manufacturing employees advanced facility of its kind, within a 100,000 sq. ft office in Woodstock and a 30,000 s Little Rock, Arkansas. Hyd-Mech is closely linked to a field force of regional sales mana growing customer base through an integrated network of dealers in 20 countries.

### *Innovation*
Innovation is what sets us apart. We were the first company to introduce swing-head v scissors-style saws and have always led the way in offering customers the widest rang producing the heaviest machines in every class.
Our teams of highly-skilled engineers, designers and technicians are continually workir techniques that will improve the quality, the life-span and the ultimate performance of material handling equipment.

And it is this unequalled approach to innovative design and construction that has earne for being "The Rock Solid Solution providers."

[ Back ]

© Copyright 2005-2007 Hyd-Mech Group Ltd. Site designed and maintained by AZ Group