ARDC No. 6276278                                              3007042-MJM/CMK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS LAYBURN and
CINDY LAYBURN,

      Plaintiffs,

vs.                                                           No. 08 CV 2876

HYD MEC GROUP LIMITED,

      Defendant.

## NOTICE OF FILING

To:   Devin C. McNulty
       Susgan E. Loggans & Associates, P.C.
       33 N. LaSalle Street, Suite 1710
       Chicago, IL 60602

     PLEASE TAKE NOTICE that on the **19TH day of May, 2008**, we filed **MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT, HYD MECH GROUP LIMITED, NOTICE OF REMOVAL,** Pursuant to 28 USC §§ 1332, 1441 and 1446, in the United States District Court, Northern District, Eastern Division in Chicago, Illinois, a copy of which is herewith served upon you.

                                   SMITHAMUNDSEN LLC

                                BY:   /s/ Camille M. Knight
                                            Attorney for Target Corporation

Michael J. McGowan – 6199089
Camille M. Knight - 6276278
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
(312) 894-3200
Fax: (312) 894-3210

## AFFIDAVIT OF SERVICE

     I hereby certify that on the 19th day of May, I electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the above attorney and a copy of same will be mailed if attorney is a non-participant of the CM/ECF system.

                                            /s/Camille M. Knight