ARDC No. 6276278                                        3007042-MJM/CMK

UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS LAYBURN and CINDY LAYBURN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HYD MEC GROUP LIMITED, ) <br> ) <br> Defendant. ) | No.: 08 L 3888 |

**NOTICE OF MOTION**

TO:   Susan E. Loggans
      33 N. LaSalle, #1710
      Chicago, IL 60602

Crucible Service Centers
c/o Philip G. Brinckerhoff
Garofalo, Schreiber, Hart & Storm,
55 W. Wacker Drive, 10th Floor
Chicago, IL 60601

   PLEASE TAKE NOTICE THAT on the 5th day of June, 2008, at 8:30 a.m., we shall appear before the Honorable Magistrate Judge Sidney Schenkier in Room 1700, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached Motion for Inspection and Preservation of Evidence, a copy of which is hereby served upon you.

                                        SmithAmundsen LLC


                                        By: s/ Camille M. Knight
                                            Attorney for Defendant

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

I, Beth Coronado, after being first duly sworn on oath, depose and state that I served this Notice, together with the documents herein referred, to the above-named attorneys at the addresses listed by faxing a copy at 5:00 p.m. on May 28, 2008.

*Beth Coronado*

SUBSCRIBED and SWORN to before me
this 28th day of May, 2008.

*Angenette Adams*
Notary Public

OFFICIAL SEAL
ANGENETTE ADAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11