ARDC No. 6276278                                                      3007042-MJM/CMK

UNITED STATES DISTRICT COURT
NORTHERN DISTRIC OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS LAYBURN and CINDY LAYBURN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> HYD MEC GROUP LIMITED, ) <br> ) <br> Defendant. ) | No.:   08 L 3888 |

### AMENDED NOTICE OF MOTION

TO:   Susan E. Loggans
      33 N. LaSalle, #1710
      Chicago, IL 60602

      Crucible Service Centers
      c/o Philip G. Brinckerhoff
      Garofalo, Schreiber, Hart & Storm,
      55 W. Wacker Drive, 10th Floor
      Chicago, IL 60601

   PLEASE TAKE NOTICE THAT on the 5th day of June, 2008, at 9:00 a.m., we shall appear before the Honorable Judge Wayne R. Anderson in Room 1403, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court to the Northern District of Illinois, Eastern Division, the attached Motion for Inspection and Preservation of Evidence, a copy of which is hereby served upon you.

                                                        SmithAmundsen LLC


                                             By: s/ Camille M. Knight
                                                   Attorney for Defendant

SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
(312) 894-3210 Fax

## AFFIDAVIT OF SERVICE

    I, Beth Coronado, after being first duly sworn on oath, depose and state that I served this Notice, together with the documents herein referred, to the above-named attorneys at the addresses listed by faxing a copy at 5:00 p.m. on May 29, 2008.

*Beth Coronado*

SUBSCRIBED and SWORN to before me
this 29th day of May, 2008.

*Angenette Adams*
Notary Public

OFFICIAL SEAL
ANGENETTE ADAMS
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/19/11