# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Thomas Layburn, et al.
                                        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:08−cv−02876
　　　　　　　　　　　　　　　　　　　　　Honorable Wayne R. Andersen

HYD−MEC Group Limited
                                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: discovery supervision.(tsa, )Mailed notice.

Dated: June 4, 2008

                                                                            /s/ Wayne R. Andersen

                                                                      United States District Judge