**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Thomas Layburn, et al.
                              Plaintiff,

v.                                           Case No.: 1:08−cv−02876
                                             Honorable Wayne R. Andersen

HYD−MEC Group Limited
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 5, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: The matter has been referred to this Court for discovery supervision. The matter is set for hearing on 06/10/08 at 9:00 a.m. for status and for argument and ruling on plaintiffs' motion for inspection and preservation of evidence (doc. # 10). Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.