3007042-MJM/CMK

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**THOMAS LAYBURN and CINDY LAYBURN**<br>vs.<br>**HYD MEC GROUP LIMITED** | Case Number: 08 CV 2876<br><br>Presiding Magistrate Judge |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**HYD MECH GROUP LIMITED sued herein as HYD MEC GROUP LIMITED**

| |
|---|
| NAME (Type or Print)<br>    **Michael J. McGowan** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Michael J. McGowan |
| FIRM<br>    **SMITHAMUNDSEN LLC** |
| STREET ADDRESS<br>    **150 NORTH MICHIGAN AVENUE, SUITE 3300** |
| CITY/STATE/ZIP<br>    **CHICAGO, IL 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    6199089 | TELEPHONE NUMBER<br>    **(312) 894-3200** |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES  x     NO ☐ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES  x     NO ☐ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES  X     NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES  X    NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐                                    APPOINTED COUNSEL ☐ ||