UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THOMAS LAYBURN and** ) <br> **CINDY LAYBURN,** ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **HYD MEC GROUP LIMITED** ) <br> ) <br> Defendants. ) <br> ) | No. 08 CV 2876 |

### NOTICE OF MOTION

TO:   *Service List Attached*

     On the <u>26th</u> day of **June, 2008** at **9:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Wayne Anderson in Room 1403, 219 South Dearborn Street Chicago, Illinois and then and there present to the United States District Court for the Northern District of Illinois, Eastern Division, the attached Motion to Intervene.


Philip G. Brinckerhoff
GAROFALO, SCHREIBER, HART & STORM, CHTD.
Attorney for Intervening Petitioner Sentry Claims Service for the use and benefit of Crucible Service Center
55 West Wacker Drive, 10th Floor
Chicago, Illinois 60601
(312) 670-2000