Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 8 C 2876 | DATE | 6/17/2008 |
| CASE TITLE | Thomas Layburn et al vs. HYD MEC Group Limited | | |

**DOCKET ENTRY TEXT**

Enter agreed order for inspection and preservation of evidence.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 JUN 18 AM 7:39
CLERK
U.S. DISTRICT COURT

Courtroom Deputy Initials: TSA