ARDC No. 6276278                                                                    3007042-MJM/CMK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

THOMAS LAYBURN and
CINDY LAYBURN,

    Plaintiffs,

vs.                                                                   No. 08 CV 2876

HYD MEC GROUP LIMITED,

    Defendant.

### CERTIFICATE OF SERVICE

I, Julia Crews, a non-attorney certify that I e-filed Report of Parties Planning Meeting by e-filing a copy to the plaintiffs' attorney on July 10, 2008.

_____

SUBSCRIBED and SWORN to before
me this 10th day of July, 2008.

_____
    NOTARY PUBLIC