UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Thomas Layburn, et al.
                    Plaintiff,
v.                                          Case No.: 1:08−cv−02876
                                            Honorable Wayne R. Andersen
HYD−MEC Group Limited
                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 10/15/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be served by 7/31/08. Any motions to amend pleadings or add parties are to be filed by 9/30/08. All non−retained expert fact discovery, including treaters, is to be completed by 8/17/09. The plaintiff shall disclose experts and submit Rule 26(a)(2) reports by 9/17/09. The defendant shall disclose experts and submit Rule 26(a)(2) reports by 11/17/09. No expert depositions are to be taken before all expert reports are submitted. The depositions of all experts are to be completed by 12/17/09. The parties having consented to the jurisdiction of the magistrate judge for all proceedings, including entry of final judgment, the referral is hereby terminated. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.